BEFORE: MICHAEL L. ORENSTEIN  
UNITED STATES MAGISTRATE JUDGE

DATE: November 3, 2011  
TIME ON: 4:00 P.M.  
TIME OFF: 5:05 P.M.

Case No. 11 MJ 1089

Courtroom Deputy: Robert Imrie

Criminal Cause for INITIAL APPEARANCE

Defendant: MICHAEL MARANDA  
Present ✓   Not Present ___   In Custody ✓   On Bail/Bond ___

Attorney: TERRENCE BUCKLEY FOR ARRAIGNMENT ONLY   Ret'd ___   CJA ✓   LAS ___

Defendant: PAUL GOMES  
Present ✓   Not Present ___   In Custody ✓   On Bail/Bond ___

Attorney: TRACEY GAFFEY FOR ARRAIGNMENT ONLY   Ret'd ___   CJA ___   LAS ___

Defendant: RUSSELL ALGAZE  
Present ✓   Not Present ___   In Custody ✓   On Bail/Bond ___

Attorney: TRACEY GAFFEY   Ret'd ___   CJA ___   LAS ✓

AUSA: RAYMOND TIERNEY

Interpreter: ___

ESR: 4:02 - 5:05

✓ Case Called   ✓ Counsel for all sides present.

✓ Order Setting Conditions of Release and Bond entered for MARANDA, GOMES + ALGAZE.

___ Order of Detention entered for _____.

___ Temporary Order of Detention entered for _____.

Next Court appearance scheduled for _____.

Preliminary Hearing ✓ Waived by MIRANDA, GOMES + ALGAZE.

___ Set for _____.

NOTES: _____